# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Javier Hernandez Rodriguez,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | No. CV-26-00086-PHX-DWL (ASB)<br><br>**ORDER** |

The Court's January 14, 2026 order granted Petitioner's § 2241 petition and directed Respondents to either release Petitioner or provide him a bond hearing within seven days. (Doc. 17.) Respondents now move for an extension of time to comply with the Court's Order, indicating that while Petitioner was scheduled for release on January 23, 2026, on January 22, 2026 "ICE Health Services Corps initiated a lockdown of the Florence Detention Center because of a measles outbreak within the facility." (Doc. 19.) Respondents indicate the lockdown is expected to last until February 4, 2026, and request an extension of time until February 5, 2026 to release Petitioner. (*Id.*) But in addition to failing to provide any evidence that Petitioner was exposed to measles, regarding Petitioner's vaccination status, or regarding the need for a lockdown, Respondents fail to provide authority justifying continued detention that has been determined to violate an individual's statutory or constitutional rights. *Cf. Lynch v. City of New York*, 335 F. Supp. 3d 645, 655 (S.D.N.Y. 2018) ("Plaintiffs sufficiently plead that DOC has a practice of forcing detainees . . . to remain detained until a critical mass forms such that their releases

may be approved and processed in one fell swoop. According to Plaintiffs, there is no justification for this practice aside from convenience. At this stage of the litigation and especially given the primacy of the right to be free from bodily restraint, Plaintiffs plausibly allege that the City acted with deliberate indifference . . . ."); *Pearl Meadows Mushroom Farm, Inc. v. Nelson*, 723 F. Supp. 432, 449-50 (N.D. Cal. 1989) ("Constitutional protections may not be abridged for the mere convenience of immigration officials.").

No later than 4:00 p.m. on January 30, 2026, Respondents must file a supplemental brief providing that evidence and/or authority.

**IT IS THEREFORE ORDERED** no later than 4:00 p.m. on January 30, 2026, Respondents must provide a supplemental brief supporting their Motion for Extension of Time (Doc. 19) as directed herein.

Dated this 30th day of January, 2026.

Dominic W. Lanza
United States District Judge